## WESTERN vs. THE MAYOR AND COMMON COUNCIL OF BROOKLYN.

Where a *municipal corporation* are authorized by statute to sell lands for the non-payment of a tax or assessment imposed for improvements of streets, and execute a certificate of sale to the purchaser under the corporate seal that he will be entitled to a conveyance of the premises sold at the expiration of one year from the time of sale, *an action of covenant* does not lie against the coporation for a *refusal* to execute such conveyance; the remedy of the party is by *action on the case*, or by *mandamus*.

DEMURRER to declaration. The plaintiff declared in an *action of covenant* on a *certificate* bearing date 16th August, 1836, executed by the then mayor and clerk of the city under the *corporate seal* of the city, whereby, after reciting an assessment for widening a portion of Fulton street in Brooklyn, and the sale of a certain city lot for the non-payment of the assessment, and the purchase thereof by the plaintiff for the term of twelve years, in consideration of the payment of the assessment with interest and expences, amounting in the whole to $37,30, which term was the lowest
[ *335 ] term *of years for which any person would take the premises and pay the last mentioned sum, the common council, by virtue of the power vested in them by an act of the legislature entitled "An act to incorporate the city of Brooklyn," passed April 8th, 1834, *certified* that the plaintiff had become such purchaser and paid said sum of money, and that at the expiration of one year from the time of such sale, which was on the 16th August, 1836, the plaintiff would be entitled to a conveyance of the premises (which were particularly set forth) for the period of twelve years. The plaintiff then avers that after the expiration of one year from the time of the sale, the defendants had *refused* to give him a conveyance of the premises purchased by him; and so (although often requested so to do) the defendants had not kept their covenant.

The defendants, after craving *oyer* of the certificate, interposed a *demurrer* to the declaration, in which the plaintiff joined.

*J. M. Van Cott*, for the defendants.

*J. Greenwood*, for the plaintiff.

*By the Court*, BRONSON, J. In making the sale and giving the certifi-

cate to the purchaser, the defendants were discharging a public duty enjoined upon them by law. *Statutes of* 1834 *p.* 106, § 42, 45. The certificate contains no words of covenant, and if the defendants have improperly refused to execute a conveyance, the remedy is either by an action on the case, or by mandamus. *The People* v. *The Mayor, &c. of N. Y.*, 10 *Wendell*, 393. There are other objections to the declaration, but this is enough.

Judgment for defendants.